In the Matter of the Claim of EDWARD HILDRETH, Appellant, v. FORD MOTOR CO., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.